## STEWARD V. THE STATE.

(Decided May 9, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

DE GRAFFENRIED, J. No error in the record. Affirmed.

---

## TOLE V. THE STATE.

(Decided May 11, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. No error in the record. Affirmed.

---

## TRONGALA V. THE STATE.

(Decided May 9, 1911. Rehearing denied May 29, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

A. LEO OBERDORFER, for appellant. R. C. BRICKELL, Attorney General, for the State.

PELHAM, J. No error in the record. Affirmed.

---

## VINES V. THE STATE.

(Decided June 30, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM JACKSON, Special Judge.

WILLIAM VAUGHAN, and R. D. COFFMAN, for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

WALKER, J. Affirmed on the authority of *Isaiah v. The State*, in MSS.